## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

WESLEY DEAN HESTER,

     Plaintiff,

v.                                       No. 1:26-cv-00053-SMD-LF

WEXFORD, *et al.*,

     Defendants.

### ORDER DENYING MOTION (Doc. 5) AND
### EXTENDING DEADLINE TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion for Court Order (Doc. 5), filed June 24, 2026. Plaintiff is incarcerated and proceeding *pro se*. On May 28, 2026, the Court ordered Plaintiff to submit an inmate account statement within thirty days that reflects transactions for a six-month period, as required by 28 U.S.C. § 1915(a)(2). (Doc. 4) (Order to Cure Deficiency). In his Motion, Plaintiff states he has made efforts to obtain his account statement but has been unsuccessful. (Doc. 5) at 1-4. Plaintiff attaches two responses from prison officials directing him to follow the proper procedures to obtain the statement. *Id.* at 6-7. Plaintiff asks the Court to order the New Mexico Corrections Department to produce the account statement. *Id.* at 4.

The Court denies the Motion for Court Order because Plaintiff has not demonstrated that he followed proper procedures to obtain his account statement. Specifically, Plaintiff has been directed to request the statement through his case worker or making a request to "Business – inmate accounts." *See* (Doc. 5) at 6-7. The Court will allow Plaintiff an additional thirty days to submit an inmate account statement that reflects transactions for a six-month period, as required by 28 U.S.C. § 1915(a)(2). Plaintiff is reminded that failure to comply with the Order to Cure

Deficiency and the proper prison procedures may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Court Order (**Doc. 5**) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's deadline to submit an inmate account statement is extended to **July 27, 2026**.

_____
Laura Fashing
United States Magistrate Judge

2